STATE OF LOUISIANA * PARISH OF WEBSTER
TWENTY-SIXTH JUDICIAL DISTRICT COURT

BRANDON BARNETT AND SHEMETHIA          FILED: _____
RAY BARNETT, HUSBAND AND WIFE

VERSUS NO. 77234

SPIRIT COMMERCIAL AUTO RISK
RETENTION GROUP, INC., BOSCO          _____
TRADING COMPANY, LLC, SMT              DEPUTY CLERK OF COURT
TRUCKING, INC. AND MIKE FREDERICK
BWONDARA

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come petitioners, Brandon

Barnett and Shemethia Ray Barnett, husband and wife, major domiciliaries of Morehouse

Parish, Bastrop, Louisiana, who respectfully represent the following:

1.

Made defendants herein are the following:

A.  **SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP, INC.,**
believed to be a foreign insurer, authorized to do and doing business in the
State of Louisiana, who at all pertinent times herein, had in full force and
effect a general liability insurance policy which provided coverage to SMT
Trucking, Inc., Bosco Trading Company, LLC and Mike Frederick
Bwondara, at all pertinent times herein;

B.  **SMT TRUCKING, INC.,** a foreign corporation authorized to do and doing
business in the State of Louisiana, who at all pertinent times herein was the
employer of Mike Frederick Bwondara who was acting within the normal
course and scope of his employment and with the said SMT Trucking, Inc.
being insured by a general liability policy of insurance issued by Spirit
Commercial Auto Risk Retention Group, Inc.at all pertinent times herein;

C.  **BOSCO TRADING COMPANY, LLC,** a foreign corporation authorized
to do and doing business in the State of Louisiana, who at all pertinent
times herein was the employer of Mike Frederick Bwondara who was
acting within the normal course and scope of his employment and with the
said Bosco Trading Company, LLC being insured by a general liability
policy of insurance issued by Spirit Commercial Auto Risk Retention
Group, Inc.at all pertinent times herein; and

D.  **MIKE FREDERICK BWONDARA,** who at all pertinent times herein
was acting within the course and scope of his employment as a truck driver
with Bosco Trading Company, LLC and SMT Trucking, Inc. and who at all
pertinent times herein was insured by a general liability policy of insurance
issued by Spirit Commercial Auto Risk Retention Group, Inc.

A TRUE COPY
ATTEST _____
Deputy Clerk District Court
WEBSTER PARISH, LA

EXHIBIT
"1"

2.

Defendants, Spirit Commercial Auto Risk Retention Group, Inc., SMT Trucking, Inc., Bosco Trading Company, LLC and Mike Frederick Bwondara are liable unto petitioner, in solido, and/or jointly and/or severally, for the following reasons, to-wit:

3.

On or about August 31, 2017, petitioner shows that he was the driver of a 2012 Freight Tractor Trailer eighteen wheeled (18) vehicle in an easterly direction on Interstate 20 at mile post forty-four approximately twenty-five feet of US Highway 371, located in the Parish of Webster, State of Louisiana.

4.

At the same time and on the same date, defendant, Mike Frederick Bwondara, was the driver of a 2007 Freight Tractor Trailer eighteen (18) wheeled vehicle while in the course and scope of his employment with SMT Trucking, Inc. and/or Bosco Trading Company, LLC with defendant Bwondara operating his tractor trailer generally in an east bound direction directly behind the vehicle being operated by petitioner, all located the Parish of Webster, State of Louisiana, on Interstate 20.

5.

Petitioner slowed down the tractor trailer he was operating and had come to a complete stop due road construction and the traffic further east bound directly in front of him had stopped.

6.

Petitioner shows that suddenly and without warning, Mike Frederick Bwondara's tractor trailer rear ended petitioner's tractor trailer thereby causing a severe motor vehicular crash. The general area of the impact was the front bumper and/or fender area of the Bwondara vehicle to the rear bumper area of the vehicle that petitioner was driving at the time of the crash.

7.

Petitioners show that a cause of the motor vehicular crash was as a result of the fault, negligence, and carelessness of defendant, Mike Frederick Bwondara who at all

pertinent times was while acting within the course and scope of his employment with SMT Trucking, Inc. and/or Bosco Trading Company, LLC which renders both SMT Trucking, Inc. and Bosco Trading Company, LLC liable pursuit to the theory of *respondeat superior*, in the following particulars:

|     |     |
| --- | --- |
| a. | Operating his eighteen wheeled tractor trailer at an excessive rate of speed; |
| b. | Failing to pay attention to his surroundings at the time of the subject crash; |
| c. | Careless operation of his eighteen wheeled tractor trailer at the time of the subject crash; |
| d. | Failing to keep his eighteen wheeled tractor trailer under proper control at all pertinent times herein; |
| e. | Failing to see what should have been seen; |
| f. | Failing to keep a proper look out; |
| g. | Following too closely; |
| h. | Improper following distance; |
| i. | Gross inattentiveness to his surroundings; |
| j. | Failing to maintain control of his vehicle; |
| k. | Failing to properly maintain the braking system on the log truck vehicle he was operating at the time of the subject crash owned by SMT Trucking, Inc. and/or Bosco Trading Company, LLC; |
| l. | Failing to act as a reasonable person under the then prevailing circumstances; and |
| m. | Reckless disregard for the safety of others. |

8.

Petitioners further show that a cause of the subject motor vehicular crash at issue herein was as a direct result of the independent fault, negligence, and carelessness of SMT Trucking, Inc. and/or Bosco Trading Company, LLC in the following particulars:

|     |     |
| --- | --- |
| a. | Negligent hiring of Mike Frederick Bwondara; |
| b. | Negligent entrustment of the subject tractor trailer to Mike Frederick Bwondara, a person that SMT Trucking, Inc. and Bosco Trading Company, LLC knew or should have known was not properly trained, safe, and should not be operating a eighteen (18) wheeled tractor trailer; |
| c. | Negligent training of Mike Frederick Bwondara; |
| d. | Negligent supervision of Mike Frederick Bwondara; |
| e. | Negligent retention of Mike Frederick Bwondara; and |
| f. | Failing to properly maintain the brake system of the subject eighteen wheeled tractor trailer being driven by Mike Frederick Bwondara at the time of the crash. |

9.

As a result of the subject motor vehicle crash, petitioner, Brandon Barnett, shows that he received injuries to his neck, back, knee, elbow and shoulder, and that as a direct result of the subject crash at issue herein, he received a host of other injuries all of which

have required him to seek appropriate medical care, attention and treatment from the medical providers of his choice.

10.

At all pertinent times herein Shemethia Ray Barnett is the spouse of petitioner, Brandon Barnett, and that as a result of the injuries sustained by Brandon Barnett the marital relationship has been forever altered, suffered, and/or been materially changed to the extent which gives rise herein to a claim by Shemethia Ray Barnett for past and future loss of consortium.

11.

As a direct result of the subject crash and the injuries sustained by petitioners, Brandon Barnett and Shemethia Ray Barnett, petitioners show that they have a claim herein for the following elements of damages:  past and future loss of enjoyment of life, past and future pain and suffering, past and future mental anguish and emotional distress, past and future medical expenses, past and future gratuitous medical care, past and future disability, past and future physical impairment, past and future disability, past and future scarring, past and future loss of wages, past and future loss of earning capacity and past and future loss of consortium.

**WHEREFORE, PETITIONERS, BRANDON BARNETT AND SHEMETHIA RAY BARNETT PRAY** that there be judgment rendered herein in their favor in an amount reasonable in the premises, to fully compensate petitioners for any and all compensatory damages as a direct result of the subject crash against defendants, Spirit Commercial Auto Risk Retention Group, Inc., SMT Trucking, Inc., Bosco Trading Company, LLC and Mike Frederick Bwondara  in solido, and/or jointly and/or severally, in order for petitioners to be fully compensated for the injuries and damages sustained in the said motor vehicular crash, for all costs of court, for expert witness fees, for judicial interest from date of judicial demand until paid and for any and all other full, general, and equitable relief as this Honorable Court may deem fit to grant.

RESPECTFULLY SUBMITTED:

**THE DOWNS LAW FIRM, A.P.C.**
*Attorneys & Counselors at Law*
517 North Washington Street, Bastrop, LA 71220
4214 Sterlington Road, Monroe, LA 71203
(318) 281-7677/(318) 325-7677 – phone
(318) 281-2225 – fax

_____
**E. Ross Downs, Jr.**
Louisiana Bar No. 22340
Arkansas Bar No. 2006061
Mississippi Bar No. 102185

## SERVICE INSTRUCTIONS:

**Spirit Commercial Auto Risk Retention Group, Inc.**
*Through Louisiana Commissioner of Insurance*
1702 North Third Street
Baton Rouge, Louisiana 70737

**SMT Trucking, Inc.**
*Through Long Arm Statute*
1710 Green Oaks Drive
Irving, Texas 75061

**Bosco Trading Company, LLC**
*Through Long Arm Statute*
809 Cotton Creek #1022
Arlington, X 76011

**Mike Frederick Bwondara**
*Through Long Arm Statute*
1607 Vanderbilt Drive
Arlington, TX 76014

And

**Mike Frederick Bwondara**
*Through Louisiana Secretary of State*
1607 Vanderbilt Drive
Arlington, TX 76014

## CITATION

*BARNETT, BRANDON - ET AL*

*Versus*

*SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP INC - ET AL*



*Case: 00077234*
*Division: E*
*26ᵗʰ Judicial District Court*
*Parish of Webster*
*State of Louisiana*

THE STATE OF LOUISIANA TO:
  SPIRIT COMMERCIAL AUTO RISK RETENTION GROUP INC
  THROUGH LA COMMISSIONER OF INSURANCE
  1702 NORTH THIRD ST
  BATON ROUGE, LA  70737

*You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation or to file your answer or other pleading to said petition in the office of the Clerk of the Twenty-Sixth Judicial District Court in the Webster Parish Court House in the city of Minden in said Parish within fifteen (15) days after the service hereof. Your failure to comply herewith will subject you to the penalty of entry of default judgment against you.*

*WITNESS, the Honorable Judges of said court on August 8, 2018 at Minden, Louisiana.*

*Ramonda Ketchum*
_____
*Deputy Clerk of Court for*
*Holli Vining. Clerk of Court*

---

### Service Information

_____ Personal Service

_____ Domiciliary Service – Given to: _____

_____ No Service – Reason: _____

Service Fee    $_____
Mileage         $_____
Total             $_____

_____          _____          _____
Date of Service               Deputy Sheriff                    Parish

RECEIVED

AUG 24 2018

COMMISSIONER OF INSURANCE
COMPANY LICENSING

**RECEIVED**

AUG 2 4 2018

**Commissioner of Insurance**
**Legal Division**

[SERVICE COPY]



# LOUISIANA DEPARTMENT OF INSURANCE

### JAMES J. DONELON
### COMMISSIONER

August 24, 2018

09-10-18 P04:15 IN

Spirit Commercial Auto Risk
 Retention Group, Inc.
9550 S. Eastern Avenue, Suite 253
Las Vegas, NV 89123

<u>CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
<u>7017 1000 0000 1474 4767</u>

RE:  Barnett, Brandon – et al versus Spirit Commercial Auto Risk Retention Group
Inc – et al
Case: 00077234, Division: E
26th Judicial District Court
Parish of Webster
State of Louisiana
Date of Service: August 24, 2018

Dear Sir/Madam:

As agent for service of process for Spirit Commercial Auto Risk Retention Group, Inc.,
the Louisiana Department of Insurance is forwarding the enclosed pleadings to you.  This
was served on the Commissioner of Insurance, James J. Donelon, on the above indicated
date.

Sincerely,

Rose English
Compliance Tech 2, Company Licensing
Office of Licensing and Compliance
(225) 219-0565 fax (225) 219-9322
(800) 259-5300
renglish@ldi.la.gov

Enclosure